# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-3350

_____

Ronald DeWayne Smullin,

*Plaintiff - Appellant,*

v.

Brett Duncan; Arthur Bentley, Doctor, Craighead County Jail; Chasity Jackson,
Nurse, Craighead County Jail; Officer Peaster; Matt Hall, Assistant Jail
Administrator; Andy Allison, Jailor; Marty Boyd, Sheriff, Craighead County; Gary
Etter,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: April 7, 2017
Filed: April 27, 2017
[Unpublished]

_____

Before RILEY, ARNOLD, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this pro se 42 U.S.C. § 1983 action, Arkansas prisoner Ronald Smullin appeals after the district court[1] adversely granted summary judgment on his claims arising out of his pretrial detention at the Craighead County Detention Center. Smullin has filed motions in this court for appointed counsel and for oral argument. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court properly disposed of the claims that have been addressed by Smullin on appeal. *See Hess v. Ables*, 714 F.3d 1048, 1015 n.2 (8th Cir. 2013) (claim was abandoned where appellant did not brief court on why dismissal was improper); *Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo); *see also Jackson v. Riebold*, 815 F.3d 1114, 1119-20 (8th Cir. 2016) (discussing deliberate-indifference claims based on delay in treatment); *Fourte v. Faulkner Cty., Ark.*, 746 F.3d 384, 387 (8th Cir. 2014) (discussing deliberate-indifference claims based on inadequate treatment). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny as moot Smullin's pending motions for counsel and for oral argument.

———————————————————

[1] The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).